United States Bankruptcy Court

Central District of California

In re:                                                                                                                      Case No. 26-11519-RB
Mark C Larson                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: van131 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark C Larson, 10972 Admirals Bay St., Victorville, CA 92392-4819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Mar 05 2026 00:47:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 05 2026 00:47:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42963740 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 05 2026 00:47:00 | MRC/United Wholesale, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 42963741 | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Mar 05 2026 00:47:00 | Quality Loan Service Corp, 2763 Camino Del Rio S, San Diego, CA 92108-3708 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                  Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: van131 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark C Larson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF NON−ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**  
Mark C Larson  
**SSN:** xxx−xx−1995  
**EIN:** N/A  

10972 Admirals Bay St.  
Victorville, CA 92392  

**BANKRUPTCY NO.** 6:26−bk−11519−RB  
**CHAPTER** 13  

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above−captioned case.

Prior Chapter 7 case discharged on 8/5/24 re: 24−12344 RB

Dated: March 4, 2026

By The Court,

**Kathleen J. Campbell**  
Clerk of Court

(Form van131 − nond13 10/06 rev. 04/2022)                                                                                      **5 / SH**