United States Bankruptcy Court

Central District of California

In re:

Mark C Larson

    Debtor

Case No. 26-11519-RB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: van150 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark C Larson, 10972 Admirals Bay St., Victorville, CA 92392-4819 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | May 23 2026 06:14:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | May 23 2026 06:14:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + Email/Text: bknotice@mccarthyholthus.com | May 23 2026 02:26:00 | US Bank Trust National Association, not in its ind, c/o McCarthy & Holthus, LLP, 2763 Camino Del Rio South, Suite 100, San Diego, CA 92108-3708 |
| 43041691 | EDI: CALTAX.COM | May 23 2026 06:14:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 43055097 | + Email/Text: gbechakas@outlook.com | May 23 2026 02:26:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 42963740 | Email/Text: nsm_bk_notices@mrcooper.com | May 23 2026 02:26:00 | MRC/United Wholesale, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 42963741 | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | May 23 2026 02:26:00 | Quality Loan Service Corp, 2763 Camino Del Rio S, San Diego, CA 92108-3708 |
| 43080890 | + Email/Text: nsm_bk_notices@mrcooper.com | May 23 2026 02:26:00 | US Bank Trust National Association, c/o Rushmore Servicing, Attn: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0973-6                     User: admin                                      Page 2 of 2
Date Rcvd: May 22, 2026                  Form ID: van150                                  Total Noticed: 9

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Mark C Larson bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor US Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Mark C Larson

**BANKRUPTCY NO.**  6:26–bk–11519–RB

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–1995
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 5/22/26

**Address:**
10972 Admirals Bay St.
Victorville, CA 92392

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is moot. All pending motions and adversary
proceedings are vacated and dismissed.

Dated: May 22, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**23 / SH**