**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**MARK C LARSON**<br><br><br>Debtor(s). | **Case No.:  6:26-bk-11519-RB**<br><br>**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**<br>**(DISMISSED CASE)** |

On 06/11/2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/21/2026 at Riverside, California.

Dated: 07/21/2026

/s/ Rod Danielson
_____
Signature

FG:049 - 07/21/2026 - TH